FORM NO. 2 (LF002)

# United States Bankruptcy Court
## Western District of Tennessee

In re: Stephen E Collier, Debtor(s)

Case No.
Chapter: 13

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) Stephen E Collier | S.S.# xxx-xx-0923 |
| | (W) | S.S.# |
| ADDRESS: | 215 Bascom Rd | |
| | Jackson, TN 38305 | |

PLAN PAYMENT: Debtor(s) to pay $ 3,665.00  (weekly, every two weeks, semi-monthly, monthly)
PAYROLL DEDUCTION:   OR ( X ) DIRECT PAY
BECAUSE:
FIRST PAYMENT DATE:
PLACE OF EMPLOYMENT: Bethesda Health Services
ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

MONTHLY PLAN PMT.

| | | |
|---|---|---|
| SPECIAL CLASS: | Navient (balance to survive discharge) | $ 10.00 |
| SPECIAL CLASS: | Navient (balance to survive discharge) | $ 10.00 |
| SPECIAL CLASS: | Navient (balance to survive discharge) | $ 10.00 |

HOME MORTGAGE:  If no arrearage, ongoing payments are to be paid directly by the debtor(s).

| Seterus Inc. | Ongoing pmt. Begin August 2016 | | | $ 2779.72 |
|---|---|---|---|---|
| | Approx. arrearage 30,576.92 | Interest 0.00 % | | $ 527.00 |

SECURED CREDITORS;        VALUE          RATE OF         MONTHLY
(retain lien 11 U.S.C. Sec. 1325{a}{5})  COLLATERAL      INTEREST        PLAN PMT.

| Republic Finance | $ 1,195.00 | 8.00 % | $ 33.00 |
|---|---|---|---|

UNSECURED CREDITORS: Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Percentage to be paid to be determined by Trustee;
*Seterus Inc.;Bank of America;Fox Collection Center;Fox Collection Center;Navient;Navient;Navient;

*Indicates the unsecured portion of a Secured Claim, the nonpriority portion of a Priority Claim, or an avoided Secured Claim.

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:  $89,612.00

TERMINATION:  Plan shall terminate upon payment of the above, approximately 60 months.

OTHER PROVISIONS:
Chapter 13 Trustee is authorized to make the following monthly payments for adequate protection: Republic Finance $10.00
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:
Robert B. Vandiver, Jr.
Robert B.Vandiver, Jr.
P.O.Box 906
227 W. Baltimore
Jackson, TN 38302-0906
731-554-1313